**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-50276 |
| Plaintiff - Appellee, | D.C. No. 3:10-cr-04559-IEG |
| v. | |
| ROGELIO ACEVEDO-BECERRA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Irma E. Gonzalez, District Judge, Presiding

Submitted February 18, 2014[**]

Before:     ALARCÓN, O'SCANNLAIN, and FERNANDEZ, Circuit Judges.

Rogelio Acevedo-Becerra appeals from the district court's judgment and

challenges the seven-month sentence imposed upon revocation of supervised

release.  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Acevedo-Becerra contends that the district court erred by failing to consider

_____

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

all of the 18 U.S.C. § 3583(e) sentencing factors and to respond adequately to his arguments in mitigation. We review for plain error, *see United States v. Valencia-Barragan*, 608 F.3d 1103, 1108 (9th Cir. 2010), and find none. The record reflects that the court considered Acevedo-Becerra's arguments in mitigation, and its explanation of the sentence imposed was adequate. *See United States v. Carty*, 520 F.3d 984, 992-93, 995 (9th Cir. 2008) (en banc). Moreover, the below-Guidelines sentence is substantively reasonable. *See* 18 U.S.C. § 3583(e); *United States v. Simtob*, 485 F.3d 1058, 1062-63 (9th Cir. 2007).

Acevedo-Becerra also contends that the imposition of a custodial sentence upon revocation of supervised release violates *Apprendi v. New Jersey*, 530 U.S. 466 (2000). As he concedes, this contention is foreclosed. *See United States v. Santana*, 526 F.3d 1257, 1262 (9th Cir. 2008).

**AFFIRMED.**

13-50276